UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 DEC -5 P 1:40

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| RONALD C. WON, Individually and on behalf of all others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>BOSTON COMMUNICATIONS GROUP, INC., KAREN A. WALKER, and EDWARD H. SNOWDEN,<br>    Defendants. | Civil Action No. 03-12244DPW |

## STIPULATION TO EXTEND TIME
## TO ANSWER OR OTHERWISE RESPOND

The parties to this action hereby stipulate and agree that the defendants need not answer or otherwise respond to the Complaint until forty-five (45) days after a Consolidated Amended Complaint is filed.

| RONALD C. WON, | BOSTON COMMUNICATIONS GROUP, INC., KAREN A. WALKER, and EDWARD H. SNOWDEN, |
|---|---|
| By his attorneys,<br><br>*/s/ David Pastor*<br>David Pastor (BBO #391000)<br>Edward L. Manchur (BBO #316910)<br>Gilman and Pastor, LLP<br>Stonehill Corporate Center<br>999 Broadway<br>Suite 500<br>Saugus, MA 01906<br>(781) 231-7850 | By their attorneys,<br><br>*/s/ Lisa Cameron*<br>Jeffrey B. Rudman (BBO #433380)<br>Andrea J. Robinson (BBO #556337)<br>Lisa M. Cameron (BBO #639951)<br>Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000 |

Marc A. Topaz
Richard A. Maniskas
Chad E. Kauffman
Schiffrin & Barroway, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004
(610) 667-7706


Dated: December 5, 2003

## CERTIFICATE OF SERVICE

    I, Lisa M. Cameron, hereby certify that I caused a true and accurate copy of the foregoing document to be served upon the following by first class mail on this 5th day of December, 2003:

| | |
|---|---|
| David Pastor, Esq. | Marc A. Topaz, Esq. |
| Edward L. Manchur, Esq. | Richard A. Maniskas, Esq. |
| Gilman and Pastor, LLP | Chad E. Kauffman, Esq. |
| Stonehill Corporate Center | Schiffrin & Barroway, LLP |
| 999 Broadway | Three Bala Plaza East |
| Suite 500 | Suite 400 |
| Saugus, MA 01906 | Bala Cynwyd, PA 19004 |

                                              */s/ Lisa Cameron*
                                              Lisa M. Cameron