AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

Ronald C. Won, Individually and on
Behalf of All Others Similarly Situated
                            Plaintiff
                V.

Boston Communications Group, Inc.
Karen A. Walker, and Edward H.
Snowden,
                    Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

03 12244 DPW

TO: (Name and address of Defendant)
Boston Communications Group, Inc.
100 Sylvan Road
Woburn, MA 01801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Pastor
Gilman and Pastor LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANAS[TAS]                            11-13-03
CLERK                                     DATE

(By) DEPUTY CLERK

Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

Middlesex, ss.                                                                December 1, 2003

I hereby certify and return that on 11/26/03 at 12:00pm I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to ALLAN BOUFFARD, agent, person in charge at the time of service for BOSTON COMMUNICATIONS GROUP INC., 100 SYLVAN ROAD, Woburn, MA. Fees: Service $30.00, Conveyance $2.70, Attest $5.00, P&H $1.00, Travel $6.40, Total Fees $45.10

_____
Deputy Sheriff

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                Date                    Signature of Server

                                _____
                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.