AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

Ronald C. Won, Individually and On Behalf of All Others Similarly Situated,      Plaintiff

V.

Boston Communications Group, Inc. Karen A. Walker and Edward H. Snowden,      Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 03 12244 DPW

TO: (Name and address of Defendant)
Edward H. Snowden
President and Chief Executive Officer
Boston Communications Group, Inc.
100 Sylvan Road
Woburn, MA 01801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
David Pastor
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

11-13-03



Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*                                                December 1, 2003

I hereby certify and return that on 11/26/03 at 11:55am I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to ALLEN BOUFFARD, agent, person in charge at the time of service for SNOWDEN, EDWARD H., PRESIDENT AND CHIEF EXEC OFF, 100 SUYLVAN ROAD, Woburn, MA. Fees: Service $30.00, Conveyance $2.70, Attest $5.00, P&H $1.00, Travel $6.40, Total Fees $45.10

*Deputy Sheriff*

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.