# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

Ronald C. Won, Individually and on Behalf of All Others Similarly Situated,
               Plaintiff

V.

Boston Communications Group, Inc. Karen A. Walker and Edward H. Snowden,
               Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 03 12244 DPW

TO: (Name and address of Defendant)

Karen A. Walker
Chief Financial Officer
Boston Communications Group, Inc.
100 Sylvan Road
Woburn, MA 01801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David Pastor
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

1-13-03

CLERK

(By) DEPUTY CLERK

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

**Middlesex, ss.**                                                                 December 1, 2003

I hereby certify and return that on 11/26/03 at 11:55am I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to ALLAN BOUFFARD, agent, person in charge at the time of service for WALKER, KAREN A., CHIEF FINANCIAL OFFICER, BOSTON COMM., 100 SYLVAN ROAD, Woburn, MA. Fees: Service $30.00, Conveyance $2.70, Attest $5.00, P&H $1.00, Travel $6.40, Total Fees $45.10

_____
Deputy Sheriff

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                       Signature of Server

                                       _____
                                               Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.