UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRED DEN, Individually and On Behalf Of All Others Similarly Situated, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : Civil Action No. 03-12244-DPW |
| | : |
| BOSTON COMMUNICATIONS GROUP, INC., KAREN A. WALKER, and EDWARD H. SNOWDEN, | : <br> : <br> : <br> : |
| Defendants. | : |

## NOTICE OF CHANGE OF ADDRESS

Please take notice of a change of address for Gilman and Pastor, LLP, counsel for the plaintiffs on this action. The new address is the following:

> GILMAN AND PASTOR, LLP
> 60 State Street, 37th Floor
> Boston, MA 02109
> Telephone: (617) 742-9700
> Facsimile: (617) 742-9701

Dated: May 24, 2005                              Respectfully submitted,

                                                 /s/ David Pastor
                                                 David Pastor (BBO # 391000)
                                                 GILMAN AND PASTOR, LLP
                                                 60 State Street, 37th Floor
                                                 Boston, MA 02109
                                                 Telephone: (617) 742-9700
                                                 Facsimile: (617) 742-9701

                                                 Counsel for Plaintiffs